IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA                                                                    PLAINTIFF

v.                                       Civil No. 4:17-CV-04001-SOH-BAB

CAPTAIN GODBOLT, *et. al.*                                                     DEFENDANTS

## ORDER

Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Currently before the Court is a Motion to Compel Discovery Responses by Defendants. ECF No. 14.

On March 29, 2017, Defendants filed a Motion to Compel. ECF No. 14. In their Motion, Defendants state they first served their discovery request to Plaintiff on February 2, 2017. On March 13, 2017, Defendants sent a second request to Plaintiff. This request informed Plaintiff that Defendants would file a motion to compel if he failed to respond by March 23, 2017. Neither request was returned as undeliverable. Plaintiff has not responded. ECF No. 14.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff did not request an extension of time to respond to Defendants' discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 14) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the requested discovery responses **by 5:00 p.m. on April 20, 2017.** Plaintiff is advised that failure to comply with this Order

1

may result in summary dismissal of this case.

**IT IS SO ORDERED this 30th day of March 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE