IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA                                                                                              PLAINTIFF

v.                                       Civil No. 4:17-cv-4001

CAPTAIN GODBOLT; JAILER MCMORES;
SGT. HEARTMAN; JAILER PINDERGRASS;
JAILER SMITH; SGT. CATO; LT. ROSS;
JAILER BLAND; JAILER GOLD HINSON;
BOOKING STAFF MACHO; BOOKING STAFF
JONES; MAYS; BOOKING STAFF STACEY;
BOOKING STAFF ROBINSON; SGT. MALONE;
BOOKING STAFF TARPLER; COOK FINCHER;
BOOKING STAFF MAXFIELD                                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 18, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 11) be denied. Judge Bryant further recommends that Defendants Pindergrass and Stacey be dismissed as a result of Plaintiff failing to provide sufficient information to effectuate service. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motions to Dismiss (ECF No. 11) is **DENIED**. Plaintiff's claims against Defendants Pindergrass and Stacey are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of August, 2017.

                                                                                        /s/ Susan O. Hickey
                                                                                        Susan O. Hickey
                                                                                        United States District Judge