IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA                                                                                    PLAINTIFF

v.                                            Civil No. 4:17-CV-4001

CAPTAIN GODBOLT, *et al.*                                                                   DEFENDANTS

### **ORDER**

Before the Court is a Motion to Reconsider filed by Plaintiff. ECF No. 43. The entire motion states "Motion to reconsider Santos vs Godbolt 4:17cv-04001-SOH-BAB." Plaintiff does not identify which order he is moving the Court to reconsider and makes no argument as to why the Court should reconsider any of its orders.

On August 7, 2018, the Court entered an Order (ECF No. 42) adopting the Report and Recommendation of the magistrate judge and dismissing Plaintiff's claims for failure to exhaust his administrative remedies. The Court assumes that Plaintiff is moving the Court to reconsider the August 7, 2018 Order. The Court has reviewed the Order and finds that there is no justification for amending the order. Accordingly, Plaintiff's Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED**, this 12th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge